NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-7280/4961/5615/7407/0759
    Facsimile:    (213) 894-2927
    E-mail:   judith.heinz@usdoj.gov
              james.hughes2@usdoj.gov
              melanie.sartoris@usdoj.gov
              william.rollins@usdoj.gov
              khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | **GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE REGARDING SIX E-MAIL ACCOUNTS PURSUANT TO RULE 902(11) and (13) OF THE FEDERAL RULES OF EVIDENCE** |
| v. | |
| YI-CHI SHIH,<br>  aka "Yichi Shih,"<br>  aka "Yuqi Shi," et al., | Trial Date:   January 29, 2019<br>Trial Time:   9:00 a.m. |
| Defendants. | Location:   Courtroom of the<br>            Hon. John A. Kronstadt |

1    Plaintiff United States of America, by and through its counsel
2  of record, the United States Attorney for the Central District of
3  California and Assistant United States Attorneys Judith A. Heinz,
4  James C. Hughes, Melanie Sartoris, William M. Rollins, and Khaldoun
5  Shobaki, hereby submits notice of its intent to offer evidence
6  regarding six e-mail accounts, identified in the chart below,
7  pursuant to Rule 902(11) and (13) of the Federal Rules of Evidence
8  (the "Notice").  The government may, at a later time and, as needed,
9  provide notice of additional evidence it intends to offer pursuant to
10  Rule 902(11), (13), and (14).

11    This Notice is accompanied by the attached memorandum of points
12  and authorities, the files and records in this case, and any further
13  evidence or argument the Court may wish to consider.

14  Dated: December 6, 2018          Respectfully submitted,

15                                   NICOLA T. HANNA
                                     United States Attorney
16
                                     PATRICK R. FITZGERALD
17                                   Assistant United States Attorney
                                     Chief, National Security Division
18
                                     *Judith A. Heinz*
19

20                                   _____
                                     JUDITH A. HEINZ
21                                   JAMES C. HUGHES
                                     MELANIE SARTORIS
22                                   WILLIAM M. ROLLINS
                                     KHALDOUN SHOBAKI
23                                   Assistant United States Attorneys

24                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
25

26

27

28
                                     1

## MEMORANDUM OF POINTS AND AUTHORITIES

At trial in this matter, the government intends to introduce
into evidence business records relating to the activities of
defendants and their co-conspirators and accomplices, including,
among other records, documents obtained from warrant searches of e-
mail accounts used by defendants/co-conspirators Yi-Chi Shih and
Ishiang Shih.  These business records are accompanied by written
declarations from the custodians of records from the business or
organization from which the records originate.  The government has
produced the business records and corresponding Rule 902(11)
certifications in discovery.

Federal Rule of Evidence 902(11) provides that certified
domestic records of regularly conducted activities can be self-
authenticating and may therefore be admitted under Rule 803(6).  See
Fed. R. Evid. 902(11).  In order to be admitted pursuant to Rule
902(11), the records must be accompanied by a written declaration
from a records custodian or other qualified person certifying that
the records meet the requirements of Rule 803(6)(A)-(C), which are
that the records: (1) were made at or near the time by — or from
information transmitted by — someone with knowledge; (2) were kept in
the course of regularly conducted activity of a business,
organization, occupation, or calling, whether or not for profit; and
(3) making the record was a regular practice of that activity.

Federal Rule of Evidence 902(13) provides that a record
generated by an electronic process or system that produces an
accurate result can also be self-authenticating and therefore be
admitted under Rule 803(6) so long as the records are accompanied by
a written declaration from a records custodian or other qualified

2

person that complies with the certification requirements if Rule
902(11), and the proponent meets the notice requirements of Rule
902(11). See Fed. R. Evid. 902(13).

Here, as set forth in the attached declarations, and as
evidenced by the documents referenced in the chart below, the records
the government intends to introduce at trial pursuant to Rule 902(11)
and (13) meet the requirements of admissibility, "requir[ing] no
extrinsic evidence of authenticity in order to be admitted." Fed. R.
Evid. 902. The government submits that, because the certifications
satisfy the requirements of Rules 902(11), (13) and 803(6), it is not
required to subpoena the records custodians to testify at trial to
authenticate these records.

To date, defendant Yi-Chi Shih (the only defendant scheduled to
go to trial on January 29, 2019) has not advised the government of
any intent to challenge the government's offer of these records into
evidence. To the extent that defendant Yi-Chi Shih intends to
challenge the admissibility of these records, the government asks the
Court to conduct a hearing outside the presence of the jury pursuant
to Rule 104 of the Federal Rules of Evidence, and rule whether the
challenged documents meet the foundational requirements for business
records under Rule 803(6). The government submits the Court should
otherwise order these records admitted upon the government's motion.

The government reserves the right to provide further notice of
other entities from which it intends to introduce business records
pursuant to Rule 902(11), (13), and (14).

Attached hereto as Exhibit 1 are true and correct copies of
certifications from the following individuals regarding various
records the government intends to introduce at trial:

| Declarant/Organization /Dates | Description of Records | Bates References in Discovery for Records |
|---|---|---|
| Chelsea Clays/Google, Inc. January 10, 2017 | yichishih@gmail.com search warrant response | 891402-1396916 |
| Evelyn Blackwell/Microsoft, Inc. February 21, 2017 | yichishih@hotmail.com search warrant response | 98927-276889 |
| Mireille Delbecq/Yahoo, Inc. May 30, 2017 | yichishih@yahoo.com search warrant response | 276890-576502 |
| Gurleen Virk/Google, Inc. October 17, 2017 | ishiang.shih@gmail.com search warrant response | 576504-694260 |
| Mari Stosich-Wall/Microsoft, Inc. October 20, 2017 | ishiang5860@hotmail.com search warrant response | 694262-808273 |
| Walter Rodriquez/ Google, Inc. January 17, 2018 | push310@gmail.com search warrant response | 87563-98926 |
| Chelsea Clays/Google, Inc. February 15, 2018 | yichishih@gmail.com supplemental search warrant response | 1396917-1543560 |

Dated: December 6, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*Judith A. Heinz*

_____
JUDITH A. HEINZ
JAMES C. HUGHES
MELANIE SARTORIS
WILLIAM M. ROLLINS
KHALDOUN SHOBAKI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# EXHIBIT 1



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

January 10, 2017

***Via Law Enforcement Request System Only***
***benjamin.richardson@ic.fbi.gov***

Special Agent Benjamin Richardson
FBI
11000 Wilshire Blvd
Los Angeles, CA 90024

**Re: Search Warrant dated December 13, 2016 (Google Ref. No. 882975)**
***16-2442M***

Dear Special Agent Richardson:

Pursuant to the Search Warrant issued in the above-referenced matter, and in accordance with state and federal law, including the Stored Communications Act (SCA), see 18 U.S.C. § 2701 et seq., Google has conducted a diligent search to identify responsive records stored on Google's U.S. servers. See *In Matter of Warrant to Search Certain E-Mail Account Controlled and Maintained by Microsoft Corporation*, __F.3d__, 2016 WL 3770056 (2d Cir. 2016) (the SCA does not authorize courts to issue and enforce against US-based service providers warrants for the seizure of information stored exclusively outside the United States). Enclosed herewith are records responsive to your request.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *YICHISHIH*, as specified in the Search Warrant and the selections in the Law Enforcement Request System. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Wallet service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

Regards,

Chelsea Clays
Google Legal Investigations Support



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.       I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.       Google provides Internet-based services.

3.       Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *YICHISHIH*, with Google Ref. No. 882975 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant via the Law Enforcement Request System.

4.       The file(s) attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Chelsea Clays_____              Date: January 10, 2017
(Signature of Records Custodian)


     Chelsea Clays
(Name of Records Custodian)



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 882975)

yichishih.AccountInfo.Preserved.txt:

MD5- f512774281f4dba8752fd8f9db888037
SHA512-
022b5d8fcfaaae2b6d3f18e2c907d8973583da037651ef5897ac0025698c658927e9fe30539a023b1f
ac1ace1f42187833966caeca42dd56e97805bf2e9405df

yichishih.AccountInfo.txt:

MD5- e52e28c2aa7b4ce95678c6eb019b986a
SHA512-
afcaf007a33e8e18f0643a30bc77f61f03952b34b3d789756c76811b1b45f42907c7fbf2caf2bf23352
c821d5c771f611d815ed4919e73b01d5e631889082ae3

yichishih.Chats.zip:

MD5- 5f291f7c01fb5f83157b554eea926d1c
SHA512-
499c71f5c487b6a7132697e36910579abbb7425153fea2fefc3e6c336874736a8b4b3563f8ed9b749
dc7b183c56bfbc049ab68fa2478f2f521bf67f55da0b4aa

yichishih.Drive.Metadata.zip:

MD5- 1cbb50e115b0e8b354b87274466142a9
SHA512-
dc459c814ba51e60c62ca9e652f2824c9317a2f3e719b61a13e331847c8a89cf48233df9ce235cb8ad
c6130908525d9ad3d527786b68afb6e47c0dad750a135f

yichishih.Drive_001.zip:

MD5- 920d519aee8b08a3939ad427d97645a3
SHA512-
7e5b0f2c4a8f957aa8f0c3a21de28f734c249cfb8c3425ba7078b0616425110cba00849ef37845caf7
dacd327f95555d05f7ad2360512a0f6c2f5fd78783011a

yichishih.Gmail.Contacts.Preserved.vcf:

MD5- 95dd9742163cec992aefb779de53a893
SHA512-
e61720345ddf4d94efadd5bd93670ed75279888a8de476010ba9fcad0bf6e7404f655b24d5e120872
96a247412fe909d0ee4b51e4874d8f2f73f9ecdb770b96b

yichishih.Gmail.Contacts.vcf:



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

MD5- 6f052c5eec506f06b641a207956ba392
SHA512-
7908097f3b01b7d4e145afa9849b1f881b5fdbcb39caffccf1994d05e14b8c3b16b1446a014fdb9cf0
2180dc9f68c4c09bc9ed9fdbffed523cca6c126d0be46d

yichishih.Photos.Albums.zip:

MD5- 2674906a096827cd83029526b3859039
SHA512-
deb03478ccb22527474c83141b5896c5bb2c2123f76bb40dcd79a3c6978c7357d268526aeb56b785
3313d1ee39071b07da500d7e82496e17ca53a44e94a903f8

yichishih.Photos.zip:

MD5- 93fae5a93d42c21d5212b522cc2847aa
SHA512-
49db3ecb010793755931e3a568d6ac5f438ea4dd896f8a221f4f954c8c39e67a2001aaff51fbdfae745
045b094cca549ba4a49518790664b514d4230184557b9

yichishih.Plus.Profile.Preserved.html:

MD5- 309650502648b6815326cdded25b9a42
SHA512-
1015d24e485890d78957790ed3bfd02ca815cbd2e4f9abb3627a5f4cdf535a12d2ce7157cfa1c8c7e9
da217454e5b28879c48a0a973c1b4ee980aa4be30a1178

yichishih.Plus.Profile.html:

MD5- 309650502648b6815326cdded25b9a42
SHA512-
1015d24e485890d78957790ed3bfd02ca815cbd2e4f9abb3627a5f4cdf535a12d2ce7157cfa1c8c7e9
da217454e5b28879c48a0a973c1b4ee980aa4be30a1178

yichishih@gmail.com.Gmail.Content.Preserved.mbox:

MD5- ce345d7998208e97f3792175dd0e7d7a
SHA512-
c2bf6120ccabda9112dd3f90472930223ca524ec2d3fb9d999ec88d5847e5a18adbcbdead4ea56d5b
04135779794d1756d16d6a7b0ccfbdc75268c945bc9a37a

yichishih@gmail.com.Gmail.Content.mbox:

MD5- 6e8900d592a8e516fc549213c70fec17
SHA512-
4d68e86b27e798363b619ae4ce83ab82a85f86eb57f1251582374ed5bfd30f61c48e491148f0ea33f8



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

4ef81dee2fd681ad6da1e7508e54d9dae69cea6923e31d

yichishih@gmail.com.Gmail.Headers.mbox:

MD5- 465a1d273755dc833d041bb381867735
SHA512-
df1e71d0b0647a78d8b5a98ac2efa844b0330aa0a0b0e390fdf1489e70221263ae4737ba79b2609a9
6bd5947856677209beb4359c67416277352d3191c831ee4

**DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**
**(Pursuant to Federal Rules of Evidence 803(6) and 902(11))**

I, Evelyn Blackwell, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the attached records pursuant to a legal demand.

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records were:

1    made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the legal demand.

2.    kept in the course of regularly conducted activity;

3.    made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA  98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Signed: _____

Dated this 21st day of February, 2017.



May 30, 2017

*Via Express Mail*

Special Agent Alexander Storino
Federal Bureau of Investigation
4811 Airport Plaza Drive, Suite 500
Long Beach, CA 90815

      Re:    Request for Information Pertaining to User Account: yichishih@yahoo.com
                (Internal Reference No. 343237)

Dear Special Agent Storino:

Pursuant to a search warrant issued on April 26, 2017, in the above-referenced matter, Yahoo! Inc. ("Yahoo")
conducted a diligent search for information responsive to your request, and hereby responds in accordance with state
and federal law, including the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*

Based upon its interpretation of the search warrant and considerable experience with requests from law enforcement
and the challenges of dealing with voluminous data, Yahoo took the search warrant to be satisfied by the production of
the following enclosed information regarding the user  account specified in the search warrant, for the time period
specified (if any), to the extent available from our system: (1) the user profile, as produced by the Yahoo Account
Management Tool; (2) the dates, times, and Internet protocol addresses for logs (if any), as produced by the Yahoo
Login Tracker Tool; (3) the Messenger friends list, as produced by the Yahoo Account Management Tool; (4) a
snapshot of the email account contents as produced by the Yahoo Snapshot Tool; (5) a snapshot of the messenger
account contents as produced by the Yahoo Snapshot Tool; and (6) the Address Book contents, as produced by the
Yahoo Account Management Tool.  A declaration authenticating these records also is enclosed.

If you believe that the search warrant entitled you to the production of additional information, please contact Yahoo
within ten calendar days of the date of this letter to explain the additional information you are seeking and the reason(s)
you are entitled to it.  After ten calendar days, any request for additional information may not be responded to unless
accompanied by additional legal process.

To the extent any document provided herein contained information that exceeded the scope of your request, is protected
from disclosure, or is otherwise not subject to production, we have not retrieved and/or produced such information.
When reviewing the information provided, please note that Yahoo may not require or verify user information because it
offers many of its services to users for free.

Finally, as authorized by 18 U.S.C. § 2706, Yahoo requests reimbursement in the amount of $126.60 for reasonable
costs incurred in searching for, assembling, and providing information in response to your request.  Payment
information is provided on the enclosed invoice.

Please contact me if you have any questions.

Sincerely,

Mireille Delbecq
Legal Assistant
408-349-1864

701 First Avenue  Sunnyvale CA  94089
P 408 349 3300      E lawenforcement-inquiries@yahoo-inc.com

## BUSINESS RECORDS DECLARATION

Request for information regarding:          )          **DECLARATION OF**
yichishih@yahoo.com                         )          **MIREILLE DELBECQ**
_____         )

I, Mireille Delbecq, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo"), located in Sunnyvale, California.  I am
   authorized to submit this declaration on behalf of Yahoo.  I make this declaration pursuant to the
   Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in
   response to a search warrant dated April 26, 2017 ("the request").  I have personal knowledge of the
   following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto is 1 disc that contains true and correct copies of the following data pertaining to the
   user account identified in the request: (1) the user profile, as produced by the Yahoo Account
   Management Tool; (2) the dates, times, and Internet protocol addressesof logins (if any), as produced
   by the Yahoo Login Tracker Tool; (3) the Messenger friends list, as produced by the Yahoo Account
   Management Tool; (4) a snapshot of the email account contents as produced by the Yahoo Snapshot
   Tool; (5) a snapshot of the messenger account contents as produced by the Yahoo Snapshot Tool; and
   (6) the Address Book contents, as produced by the Yahoo Account Management Tool.  Yahoo's
   servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted,
   and this data is kept in the course of this regularly conducted activity and was made by regularly
   conducted activity as a regular practice.  Yahoo may not require or verify user information because it
   offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the
   request, is protected from disclosure, or is otherwise not subject to production, such information has
   been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of
California that the foregoing is true and correct.

DATED: _____May 30, 2017_____          _____
                                                          Mireille Delbecq, Custodian of Records



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

October 17, 2017

Special Agent Alexander L. Storino
FBI
601 4th Street NW
Washington, District of Columbia 20535

**Re: Search Warrant dated September 19, 2017 (Google Ref. No. 1228803)**

Dear Special Agent Storino:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *ishiang.shih*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Wallet service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Gurleen Virk
Google Legal Investigations Support



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *ishiang.shih,* with Google Ref. No. 1228803 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Gurleen Virk_____          Date: October 17, 2017
(Signature of Records Custodian)


    Gurleen Virk
(Name of Records Custodian)



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

## Attachment A: Hash Values for Production Files (Google Ref. No. 1228803)

ishiang.shih.AccountInfo.Preserved.1.txt:

MD5- a230dd4dcd819c30e6be5cb071863eee
SHA512-
fbd0ca96d5947f44ff24d7d220f1fe352f1759d5cef63644057e7bc3a63827ecec08868c0ead5515cb2
36f991455f81061e1495bf5defe3828eabf9b7461e4ad

ishiang.shih.AccountInfo.Preserved.2.txt:

MD5- d91dc89875fc057df79cf1cc5e5678da
SHA512-
36953101de45acc8bd40909687faebf0b7e1c26530b3d8d09c5a1716d18a1da37ecb0a074352da049
9275fdf511d780f78367c715f2d4a6d25c0cde6af2d0831

ishiang.shih.AccountInfo.Preserved.3.txt:

MD5- 3b0bd91fa43d7bac4cbfa17a7fba85cb
SHA512-
33e52a50f57075db937f49bbf03aa6a2852cb17721bdb6d5f6509ff5ba3a923564e0930a4c4687ae25
d0aff109c1b77832e75d02af10e2e356a946bc98138dd9

ishiang.shih.AccountInfo.txt:

MD5- bc4bba73992bc779ec7770ebbb73c9ef
SHA512-
2105e20ef30c2bfb198af803a8ce9f81a2c1aedb447e01aa6df871ccf9a95aaebfdfb5a49491c71fa4e4
d707254fdf17bea4f1bcbc5f746564a629d13151af34

ishiang.shih.AccountsLinkedbyCookies.txt:

MD5- a7bceec79dd11f7744184ecfedd7871e
SHA512-
bfee56039741dba66b47652c904faf54f08b792dae7f91da0284f7ceb88ca9b6befe2ae6c21d73c863
dc8bdb6cfefc0496ad602157ffbcd2038f036f668a86bd

ishiang.shih.Android.1.Preserved.pdf:

MD5- 84c239403b9d9a264d6848b85dca7074
SHA512-
3c7d3d7ee0ce8304251c6bb6756b02ce36ec78e50ac590d0316a1dfa31e398e999abd65aeb0104531
ffcde8f9ebb6c330c133364ae251bb66255c711e4b8c4c2

ishiang.shih.Android.2.Preserved.pdf:



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 6accd72bb03dd8c2b9f760d85eafb791
SHA512-
5ab6084ac9a642bfbce53e24d2a245aa5081ceac536fcd613cbd508a93915e1cf7ef82334a7a017616
df7fad855abe9fb16064f4daeb2b1f345b3bb91cb3516b

ishiang.shih.Android.pdf:

MD5- f9667e72e0d7873785ffd9904f697f5c
SHA512-
ff1de6d0fcc0c85bc2fe06800564aad8821416e6acfb06a7b5c48ebf353f9945927fb1cfa7fbcff28115
bf553e1b44d9d36004da9728ec4fe0a0da95564a3499

ishiang.shih.Browsing.RecordingSettings.txt:

MD5- 980af7b9ebd94594ae043ab4c078c5a7
SHA512-
6c4cda5621ef4f3fe4b352dca0150a50468b5b40700ef343c8ed5e3d70cbd71caa3250919dbefc96d5
b6bbeecb8d4624967591e83e91cbb0e5279ce91c48e88e

ishiang.shih.Calendar.Events.zip:

MD5- b29a492b80f5de700e81d41e97d5cf14
SHA512-
19a6c4670a75a548f06a87e1a058cb4cc6e615f2303fd6cdbb09ebb24fbb7ada3e04b3998f917a6bc4
4bf3e3285950700a688412cad1810d3c4b46c2397a976d

ishiang.shih.Chats.Preserved.zip:

MD5- 80d90582132ff249c588d5e63d42d9e3
SHA512-
6dcdd783670718181cac5246e4c1ed82a005c3dae4012227a8c81296ad7aa8b9370d51f46ea4037f5
4069205fbec66ec81cb847bffbdae001773d0a0c985dd49

ishiang.shih.Chats.zip:

MD5- c745454b0c96732456a45dd35ad6c25b
SHA512-
4136ae4aa5e8d7117cd81a47456e3c6d2244a8a0778840dc5d13202f717e9f49f341e4d249ce2b787
5d9fad7d09f977c55e5f3a59318a31ab6c3b650b1f6c97d

ishiang.shih.Drive.Metadata.zip:

MD5- d5f46f1605402c623c0112022c3ba3f8
SHA512-
b1fe027b8fc9ce22f98ad479394a99e1b6c07deb66e0f9282334dd7bb2c727f745f8462a7fd44897a7



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

56a809285d3376e58df5302d82e032fc132c7dc64f25c5

ishiang.shih.Drive_001.zip:

MD5- 5371572a0f6147252b71cd40628542c8
SHA512-
5d18fadb5487012cf96fd3619ee69df8413145c54f07c4d7a613c497d6e8770795ad1ea2f862439c27
035b881401f9ac471397330a1c6deefb6a059d20575da5

ishiang.shih.Gmail.Contacts.Preserved.vcf:

MD5- d1f7f02e84a1fe44d3b29f5c6d317b0d
SHA512-
ac8b06ee8cc1776e69307d22f0549167ed76bc71affa52d336cceb77b06005c3fdb4e3541d5be2720
b783ff37bb6cf29becbec5b347615ace33f683ac2a04c98

ishiang.shih.Gmail.Contacts.vcf:

MD5- ab81f33319ff1f667a58afd90267dd40
SHA512-
052dc269aaa188518b03437ed96e108c249cdb1513e050db0292fb866a196b574cf68f64c832851f7
63559701c8c4b28c067e0803691900e69421570e9b5c0cb

ishiang.shih.LinkedBySMSandSecondary.pdf:

MD5- 2f98ee57b996905fd8986ae3fd451182
SHA512-
d8712d1fb640d3b1b5fc9a2ce7e8bd5f2d1311b7bf2d65cd852ed98a73f7a9a5f1eb41d9483b12cf93
b94d817c7655a831df0c6e8f8580cfca60404d3b7f0526

ishiang.shih.LocationHistory.Records_001.zip:

MD5- 3d40921cab092fe5c7913798342b7835
SHA512-
3c18ccf04e5b9348ee284ee652575f6c95b80a9303d8885dfa1b7e60d4c440903145a280233b236ad
15ad6905bed159511b5de134921cfa5de849baa19c90dc8

ishiang.shih.Plus.Profile.html:

MD5- 6c15e61cb1cb65aa2d50baac669ec47c
SHA512-
450e2837ab8a3a71f92d17f466686d6b3c97244b4a216c73af392e8ee86fccf9147f6a908d86ec9cd0
e604e6d25f0fe6e6092f1e06dcc8f7c3da5b6a023bf6f0

ishiang.shih.Search.txt:



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 8acfd651c847c74972c28d9e9eeffbb7
SHA512-
9890dfc378177ad5a6496a122594c2ca46265d690678077eeae2ffa969126c9940120dd68b6768a15
4c0024fa0e21d1d4c3206f32d69c3d0973ddefde4daa632

ishiang.shih.Youtube.Userinfo.txt:

MD5- 6ea4ce561217e08bb71c040fd1fb0f91
SHA512-
57ef09446f9b47c12fdf30cd2987452bc53e6ef23bef1fd23c70560a8821fc2c5116068f289fef25ada
4f56d6e612f9b170f73431d6fd0e126c7fffe1b4392f1

ishiang.shih@gmail.com-Browsing.Preserved.txt:

MD5- c907edce4b72c6757fdcf9b8cb6ff640
SHA512-
67129226af9c2e5e5300fd56f890b5cc83ee5b476a95f69536551a955fa652e3dab2689af1f0ae1906
07ad30852d8bcfd366eea27950b3715f1f6c629c79a0a9

ishiang.shih@gmail.com-Search.Preserved.txt:

MD5- 9aea5da71bd94c2d53b36d06757acf7f
SHA512-
7203b4a8e2407f7a357d440ed2c225b79ff182d0de9964bae631ca10278792ee5300d50ee83c4e945
915a46d428d0b01984e85409e7de9fe11fd6519127dca37

ishiang.shih@gmail.com.Gmail.Content.Preserved.1.mbox:

MD5- 3f72561a6369a7edf648698ecb006736
SHA512-
966246547e4631e6e200d1be93aaa94722ae9072d76239f6f995533faccd428b7cb0987f10022e2bc
868a0e0053c85b124e3789801c71417bc6919ac6cb41706

ishiang.shih@gmail.com.Gmail.Content.Preserved.2.mbox:

MD5- 6e8d34ff9967241ecf17656f2c5d14c9
SHA512-
933f08a80ed8ff1df7574bfc863b9ff0804e42f6e2831d7dd70039714565ab13df5cc30598327c82ed
264128c0665895efbe413cf4fa38d452bd92f876e4503b

ishiang.shih@gmail.com.Gmail.Content.mbox:

MD5- fe542446a403449d1e5e92ab53f41c5f
SHA512-
d96946731f0dc6703c78921dba52760d06230f944cf8ab44e3512112f3fe5642c420d6480bd6be305
4358d5221661b22e454f377b84977a7b373eb5eea806e24

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, Mari Stosich-Wall, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the attached records pursuant to a legal demand.

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records were:

1. made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the legal demand.

2. kept in the course of regularly conducted activity;

3. made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA  98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Signed: _Mari Stosich-Wall_

Dated this 20th day of October, 2017.



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

January 17, 2018

Special Agent Alexander Storino
FBI
4811 Airport Plaza Drive #500
Long Beach, CA 90815

**Re: Search Warrant dated December 01, 2017 (Google Ref. No. 1321018)**
*Case No. 17-MJ-3002*

Dear Special Agent Storino:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *PUSH310*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Wallet service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Walter Rodriguez
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *PUSH310,* with Google Ref. No. 1321018 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


____/s_Walter Rodriguez_____          Date: January 17, 2018
(Signature of Records Custodian)


     Walter Rodriguez
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 1321018)

push310.AccountInfo.ChangeHistory.txt:

MD5- e935a882fa3d9455e1e97e5eea590856
SHA512-
bed9b74c82e3edcf3718551d2fa7e4cff17677b1b234c8fb53c1c25120a397e95b1fff30322c81b7b0
62d2577e5cb564806257718a2ef0daf2d10bd765205f76

push310.AccountInfo.txt:

MD5- 429337ecc1e3d16f0f25a85d923c11e4
SHA512-
fc4c1df73072de5211a21fc90ed6f72949cf862ce4008c0d28db63ebee8add23edf4cb59beedc91407
1ed18721ae262ef3f8e59ffa4aa68504b08cd30051e34e

push310.Calendar.Events.zip:

MD5- 65d1850ba19acd2478e0145b98402acf
SHA512-
c17f9ca25bbbc1633e93d43b2b992804ebaa364f94483f47d2fd234732601a0c0e755719aa426a324
3369bf33183b3be10b281f9984945c61659b0316f05a2ab

push310.Chats.zip:

MD5- 1c901c9eff17a6fab513677944fc4973
SHA512-
056508a537186fb8ed3b06a2ac73e781c5862d123ffc95ec0b1a6db290964302c943bfb4386249e1f
62f357198362b9ca5b86a0b7b25707a586fb99042b82539

push310.Gmail.Contacts.vcf:

MD5- e6f34d8bcb0f781a4ff4b0420019a77f
SHA512-
c6eb9c5e8ec0549b99d9072c7d89a5591eaad2cdac432bfb66c2d871d2d1738a23eb139cba9e88324
8f693768312a6566e6502424cee386a87800a80ca897c2e

push310.LocationHistory.Records_001.zip:

MD5- 63114e7886b845e99cbc90e13b61fcab
SHA512-
d9523925b7103174f1e9da8c404602342d5e93307ca9310f970cace3e47677493f97970fd3b977846
4df77eee1c48729356b3abf886d63830a1109bd369f5fae

push310.Photos.Albums.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

MD5- 1584a09397adf4b711aa11c477f52137
SHA512-
cb3b02b61c05d04e880dbd246a1aea139fd5ee9f33d09d07364d0bf7b970b30570c80fe6b1c3dab31
42979276553f3d3a9eefdb09ad04bfaa76e243e11852eac

push310.Photos.zip:

MD5- a5fcfea0139715ecc7b29ab6b0a5c5d5
SHA512-
caa95ef2ce5e37c20f4d30005e4670b048a445565c5cd9b397a4a68424b56ae8b2885043996f7b48b
1cc08ca78e44393e5bdb492efbbf4e9ceec5a715ba1779f

push310@gmail.com-AccountsLinkedByCookies.txt:

MD5- b5798a2258d046b99dedc50b03dfb951
SHA512-
66312b4d432c9ad0e51d4c52cf9fe1887457a5920838a1ba792a7cbf884fb12b790f39d86eba62a9a
689c7d699c67091318ae8db24388b8fbd91dfe2e1d6b172

push310@gmail.com.Browsing.txt:

MD5- a80fef7339e43fcbddba4ec61fc328cd
SHA512-
f13128f90c4ed4514cd73a09b3bb23538c317ee2a409b2c3b3b6933b120a64071cd09f4ee9603eff5
9fd9e904b5481dba47d9270c283dd4e893f426e63133ac0

push310@gmail.com.Gmail.Content.mbox:

MD5- a3510520ed5e02421c13f19c2f2710e1
SHA512-
5cc2ffc73dd2ac32c215296bda39becbc503baad56d7741fb253cb1e05df1d6005627bf52c073dfc47
cceb4103f300dca5614b4383189b1d3dcacdf12b4f214a



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

February 15, 2018

Special Agent Benjamin Richardson
FBI
11000 Wilshire Blvd
Los Angeles, CA 90024

**Re: Search Warrant dated December 13, 2016 (Internal Ref. No. 882975)**
*16-2442M - Supplemental*

Dear Special Agent Richardson:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Enclosed are additional records responsive to your request. Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *YICHISHIH*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Chelsea Clays
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *YICHISHIH*, with Google Ref. No. 882975 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Chelsea Clays_____          Date: February 15, 2018
(Signature of Records Custodian)


      Chelsea Clays
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Internal Ref. No. 882975)**

yichishih.Chats.zip:

MD5- a4fcb953b3a19520377d165941d22614
SHA512-
5fca96da2059f4aa1f25d18f09bee9ba85aafc54c85e73da3abbb699e1fea07d619c59aaba496c4f77e
7b8b3270c32effdab130cc2b67146165dcc87d89fd4a6

yichishih.Drive.Metadata.zip:

MD5- d2085714f20d0fa9537e812c11ea9970
SHA512-
3baf55c3f671b7c9fbf4f36343daf88f52af158c18f84bd1080d4f4e263b248be58c436d92d704cca81
29809de165a3bdf1c2fd04dfe807c46c04866694870b8

yichishih.Drive_001.zip:

MD5- 0f703f3520daf2e3e06ea4dcd0b78daf
SHA512-
f64361287cb2ddf8b554eb30abd60cf23a3491bcbc4d01598880f27f219cebbba155f7e1793c10760
8b94ddd62c4887f84ee6b1d3e30a62f85530cdfe3fd0a38

yichishih.Photos.Albums.zip:

MD5- 6f4bb1ebc902235c3428245deab303b2
SHA512-
b88e2bb11ed74b3dbf7735e645efc8f0489ff545c57c4d214d5f4b82175d4d5ae5d62f497f702cccd2
02cb73d3b2eeb15cab68ebdac7dab7af4671ca1c7db8e1

yichishih.Photos.zip:

MD5- 4da7079dbb7165eb399747bb35362a20
SHA512-
788f9e819e6b83e1db732539f6054d6f5210088698748904483b17229643f8e11c8969433970dd1b
a1a8b8ad93005c06ce32671a5efd641d165b88ec61f08f37

yichishih.Plus.Profile.html:

MD5- 309650502648b6815326cdded25b9a42
SHA512-
1015d24e485890d78957790ed3bfd02ca815cbd2e4f9abb3627a5f4cdf535a12d2ce7157cfa1c8c7e9
da217454e5b28879c48a0a973c1b4ee980aa4be30a1178

yichishih@gmail.com.Gmail.Content.mbox:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 4d1e4647fe1e96931692de6ea5e4f74b
SHA512-
2ee77568c306800e2d9cadd9eea317f7aae484f3663377371e76a4a4da60e101d09ab6813d548fa1a
eadd1ce508c0399241aaac8eec5fff95a789298da591e74

yichishih@gmail.com.Gmail.Headers.mbox:

MD5- 465a1d273755dc833d041bb381867735
SHA512-
df1e71d0b0647a78d8b5a98ac2efa844b0330aa0a0b0e390fdf1489e70221263ae4737ba79b2609a9
6bd5947856677209beb4359c67416277352d3191c831ee4