NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-7280/5615/7407/0759
     Facsimile:    (213) 894-2927
     E-mail:   judith.heinz@usdoj.gov
               james.hughes2@usdoj.gov
               melanie.sartoris@usdoj.gov
               william.rollins@usdoj.gov
               khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S SUBMISSION OF GLOSSARY FOR THE COURT REPORTER |
| v. | |
| YI-CHI SHIH,<br>  aka "Yichi Shih,"<br>  aka "Yuqi Shi," et al, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of

1  California and Assistant United States Attorneys Judith A. Heinz,
2  James C. Hughes, Melanie Sartoris, William M. Rollins, and Khaldoun
3  Shobaki, hereby files its glossary for the court reporter.

Dated: May 6, 2019                Respectfully submitted,

                                        NICOLA T. HANNA
                                      United States Attorney

                                        PATRICK R. FITZGERALD
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                        */s/ Judith A. Heinz*
                                        _____
                                        JUDITH A. HEINZ
                                        JAMES C. HUGHES
                                        MELANIE SARTORIS
                                        WILLIAM M. ROLLINS
                                        KHALDOUN SHOBAKI
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

UNITED STATES v. SHIH, et al., LA CR 18-00050-JAK

GLOSSARY LIST

---

**Entities**

Augar International

Avanex

Bureau of Industry and Security (BIS)

Center for High Frequency Electronics (CHFE)

China Electronics Technology Group Corporation 29 Research Institute, aka China Southwest Electronic Equipment Research Institute (SWIEE), aka 29 (SIWEI co) Institute, aka Chengdu SIWEI Electronics Company (CETC 29)

Chengdu Ganide Technology Company, Ltd., aka Chengdu Jiana Haiwei S&T Technology Co., Ltd. (Ganide)

Chengdu Gastone Technology Co., Ltd., aka Chengdu Jiashi Technology Company, Ltd. (CGTC or Gastone or Jiashi)

Chengdu RML Technology Company, Ltd (RML)

Communications Circuits Lab (CCL)

Coutts & Co., Ltd.

Cree, Inc.

Department of Commerce (DOC)

Department of Treasury

DigiKey

Dingtian, aka DingTian Group (DT or DTM)

European Union (EU)

FedEx

FinCen

Harwin

Hong Kong Monetary Authority

Hong Kong University of Science and Technology

Huawei

Hughes Aircraft Company

1

GLOSSARY LIST

---

Internal Revenue Service (IRS)

JYS Technologies, Inc. (JYS)

L2Kontemporary, Inc.

McGill University

MicroEx Engineering (MicoEx)

Mei Mei Global

Morgan Stanley

Mystical Optimism, Inc.

Nokia

Nortel

Northrop Grumman

Oclaro, Inc.

Omnetics

Pullman Lane Productions

Qing'an International Trading Co., Ltd., aka Qing'an International Trading Group (QTC)

Qorvo

RFMW

Samsung

Standard Chartered Bank (Hong Kong) Limited (SCB)

TD Canada Trust

Tian Hang Yang Pu Technology Investment Limited Company

Triquint Semiconductor

University of California, Los Angeles (UCLA)

University of Electronic Science and Technology of China (UESTC)

WIN Semiconductor

UNITED STATES v. SHIH, et al., LA CR 18-00050-JAK

GLOSSARY LIST

---

**Legal Terms**

Arms Export Control Act (AECA)

Automated Export System (AES)

Commerce Control List (CCL)

Electronic Export Information (EEI)

end-use

end-user

Entity List

Export Administration Regulations (EAR)

Export Control Classification Number (ECCN)

Foreign Bank and Financial Accounts (FBAR)

Foreign Trade Regulations (FTR)

Harmonized Tariff Schedule of the United States of America (HTSUSA)

International Emergency Economic Powers Act (IEEPA)

International Traffic in Arms Regulations (ITAR)

Shipper's Export Declaration (SED)

Wassenaar Arrangement on Export Controls for Conventional Arms and Dual-Use Goods and Technologies (Wassenaar Arrangement)


**People** (in alphabetical order by first (given) name)

Dan Fritz

Di Yang

Fei Ye, aka Yeh Fei, aka Michael Ye, aka Michael Jackson, aka Michael Anderson, aka Michael Dickinson

Ishiang Shih, aka I-Shiang Shih, aka Professor Shih

Jeff Barner

Jieru Deng, aka Deng Jeri, aka JieRu Deng, aka Angel Deng

3

UNITED STATES v. SHIH, et al., LA CR 18-00050-JAK

**GLOSSARY LIST**

---

Jiangsu Pu, aka Jason Pu, aka Dr. Pu

Kiet Anh Mai

Lilie Chen, aka Leo Chen

Lin Jia

Nen-Wu Gao

Sue Jane Shih

Winnie Shih

Xiao Long

Yaping Chen, aka Chen Yaping

Ye Yuan, aka Yuan Ye, aka Dr. Yuan

Yi-Chi Shih, aka Yichi Shih, aka Yuqi Shih, aka Dr. Shih


**Places**

29th floor of Renheng

British Virgin Islands

Brossard, Quebec, Canada

Chengdu, China

Hong Kong

Macau

People's Republic of China (PRC), aka China

Singapore

Taiwan, aka Republic of China (ROC)

United Kingdom


**Symbols**

BP: Business Plan

UNITED STATES v. SHIH, et al., LA CR 18-00050-JAK

**GLOSSARY LIST**

---

R&D: Research and Development

SOC: system on chip

Z5: Cree foundry services & MMIC project

**Things**

0.25um process

3G

4G

5G

III-IV semiconductor chips

amplifier

bandwidth

base stations

chips

chipset

die

diced wafer

epitaxy (epi)

Exchangeable Image File Format (EXIF)

fabrication

foundry, aka fab

frequency

Full-Wafer Service

G28/40V4

Gallium Arsenide (GaAs)

Gallium Nitrade (GaN)

5

GLOSSARY LIST

---

gate(s)

gate periphery

gigahertz (GHz)

High Electron Mobility Transistor (HEMT)

integrated circuit (IC)

iPhone

Ka-band

Ku-band

LTCC (low temperature co-fired ceramic) technology

Mask

MOCVD (metal-organic chemical vapor deposition)

Monolithic Microwave Integrated Circuits, aka MMICs

multi-chip SIP modules

non-disclosure agreement (NDA)

PCM (process control monitor)

portal

process design kit (PDK)

pure play foundry

reticle

RMB (Ren Min Bi): Chinese currency

semiconductor

Silicon Carbide (SiC)

stepper

tape-out

wafer

W-band

UNITED STATES v. SHIH, et al., LA CR 18-00050-JAK

GLOSSARY LIST

---

X-band